STUART M. GORDON (SBN: 037477)
BRIAN J. MOONEY (SBN: 143795)
EDWARD R. FITZGERALD (SBN: 227218)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

MARK J. SPOONER (SBN: 171732)
STEVEN D. PARK (SBN: 215219)
ARNOLD & PORTER
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Defendants
WYETH, WYETH PHARMACEUTICALS INC. and
WYETH-AYERST INTERNATIONAL INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL KROW, et al. | CIVIL DOCKET NO. 2:04-CV-00542 |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| WYETH, INC., a Delaware Corporation, WYETH PHARMACEUTICALS, INC., a Delaware Corporation and WYETH-AYERST INTERNATIONAL, INC., a New York Corporation, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff Paul Krow and defendants Wyeth, Wyeth Pharmaceuticals Inc., and Wyeth-Ayerst International, Inc. (herein "Defendants"), by and through their designated counsel that the above-captioned action brought by plaintiff Paul Krow in this matter be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

This Stipulation of Dismissal shall apply to the action brought against Defendants by plaintiff Paul Krow only, and will have no effect on the actions brought by plaintiffs Susan Bullock, Jacqueline Nielsen, and Loretta Lawrence joined therewith.

Dated: October ___, 2005   PETROFF & ASSOCIATES

 Kip Petroff
 Attorney for Plaintiff
 Paul Krow

Dated: September___, 2005   GORDON & REES LLP

 Edward R. Fitzgerald.
 Attorney for Defendants
 Wyeth, Wyeth Pharmaceuticals, Inc., and
 Wyeth-Ayerst International, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 7, 2005   /s/ Garland E. Burrell, Jr.
 GARLAND E. BURRELL, JR.
 United States District Judge

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111