UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SUSAN BULLOCK, JACQUELINE NIELSON, )
and LORETTA LAWRENCE            )
                                )   2:04-cv-0542-GEB-PAN
              Plaintiffs,*      )
                                )   ORDER
     v.                         )
                                )
WYETH, INC., a Delaware         )
Corporation, WYETH PHARMACEUTICALS,)
INC., a Delaware Corporation and )
WYETH-AYERST INTERNATIONAL, INC., )
a New York Corporation,         )
                                )
              Defendants.       )
_____)

        Three documents have been filed in this action to dismiss Plaintiff Corrine Christopher's claims against Defendants Wyeth, Wyeth Pharmaceuticals Inc., and Wyeth-Ayerst International, Inc. ("Defendants").  The first document, a "Notice of Dismissal," was filed on September 9, 2005, but on October 4, 2005, a document was filed withdrawing the Notice of Dismissal and clarifying that the Notice of Dismissal was intended to dismiss only the claims of Plaintiff Corrine Christopher against Defendants.  The second document, a "Stipulation of Dismissal," was filed October 4, 2005.

---

    \* The caption has been amended pursuant to the Stipulation and Order filed November 8, 2005, which dismissed the action by Plaintiff Paul Krow against Defendants and this Order which dismisses Plaintiff Corrine Christopher.

The third document, an "Amended Stipulation of Dismissal and [Proposed] Order," was filed November 2, 2005.

Therefore, Plaintiff Corrine Christopher's claims against Defendants are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  The dismissal shall apply only to the action by Plaintiff Corrine Christopher against Defendants, and will have no effect on the actions brought by Plaintiffs Susan Bullock, Jacqueline Nielsen, and Loretta Lawrence.

IT IS SO ORDERED.

DATED:  November 16, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge