1  ARNOLD & PORTER LLP
   JOHN L. CARLTON (SBN 88925)
2  STEVEN D. PARK (SBN 215219)
   777 South Figuerora Street, 44th Floor
3  Los Angeles, CA 90017-5844
   Telephone: (213) 243-4000
4  Facsimile: (213) 243-4199

5  Attorneys for Defendant WYETH

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 SUSAN BULLOCK, JACQUELINE NIELSEN, )   CIVIL DOCKET NO. S:04-CV-00542
   and LORETTA LAWRENCE,              )
12                                    )
                         Plaintiff    )   **STIPULATION OF DISMISSAL AND**
13                                    )   **[PROPOSED] ORDER**
              v.                      )
14                                    )
   WYETH, et al.,                     )
15                                    )
                         Defendants.  )
16 _____)

AHP\0098178\994375.1

-1-
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS HEREBY STIPULATED by and between plaintiffs Susan Bullock and Jacqueline Nielsen,
2  on the one hand, and defendants Wyeth, Wyeth Pharmaceuticals Inc., and Wyeth-Ayerst
3  International, Inc. (herein "Defendants"), on the other hand, by and through their designated
4  counsel that the above-captioned action brought by plaintiffs Susan Bullock and Jacqueline
5  Nielsen in this matter be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).
6       This Stipulation of Dismissal shall apply to the action brought against Defendants by
7  plaintiffs Susan Bullock and Jacqueline Nielsen only, and will have no effect on the action
8  brought by plaintiff Loretta Lawrence.
9       IT IS SO STIPULATED.

10  Dated: 3/6/06, 2006     BOURDETTE & PARTNERS

By: /s/ Miriam Bourdette
Miriam Bourdette
Attorney for Plaintiff

15
16  Dated: 3/10/06, 2006     ARNOLD & PORTER LLP

By: /s/ John L. Carlton by SDP
John L. Carlton
Attorney for Defendants

20  IT IS SO ORDERED.

21  DATED: May 10, 2006

22             /s/ Garland E. Burrell, Jr.
23        GARLAND E. BURRELL, JR.
24        United States District Judge

-2-
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com